# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK R. O'DELL, | ) | 1:08cv0655 OWW DLB |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | |
| v. | ) | |
| | ) | |
| LINDA ANISMAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint on May 9, 2008

On May 30, 2008, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for failure to state any claims upon which relief may be granted under 42 U.S.C. § 1983. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated May 30, 2008 are ADOPTED IN FULL; and

2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   September 2, 2008**             /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE